IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | CASE NO. CV F 12-1494 LJO BAM |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 9.) |
| vs. | |
| PETER K. ANEZINOS, et al., | |
| Defendants. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this action in its entirety;

2. VACATES all pending matters and dates, including the December 20, 2012 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  December 11, 2012         /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1